MALACHY MURPHY V. E. O. PHILLIPS ET AL.

No. 6629.   Decided May 16, 1934.

*J. R. Norvell,* of Edinburg, for plaintiff in error.

*G. F. Dohrn,* of Mission, for defendants in error.

EMILY H. CHRISTIAN V. M. TILFORD JONES, TRUSTEE.

No. 6646.   Decided May 16, 1934.

*John P. Pichinson,* of Corpus Christi, for plaintiff in error.

*John C. North,* of Corpus Christi, for defendant in error.

MINNIE ETHEL ROGERS V. M. TILFORD JONES, TRUSTEE.

No. 6647.   Decided May 16, 1934.

*John P. Pichinson,* of Corpus Christi, for plaintiff in error.

*John C. North,* of Corpus Christi, for defendant in error.

L. B. KNOX ET AL. V. MARGARET M. MORRISON ET AL.

No. 6677.   Decided May 16, 1934.

*James A. King,* of Austin, for plaintiffs in error.

*Terrell, Davis, Hall & Clemens,* and *W. D. Masterson,* all of San Antonio, for defendants in error.